IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MICHAEL SLONE JACKSON : | |
| : | |
| Petitioner(s) : | |
| : | Case Number: 1:05-cv-00608 |
| vs. : | |
| : | Senior District Judge S. Arthur Spiegel |
| WARDEN, ROSS CORRECTIONAL : | |
| INSTITUTION : | |
| : | |
| Respondent(s) : | |

JUDGMENT IN A CIVIL CASE

   Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . that the Court ADOPTS the Magistrate Judge's Report and Recommendation in its entirety (doc. 9), and thereby GRANTS Respondent's Motion to Dismiss (doc. 4) and DISMISSES WITH PREJUDICE Petitioner's Petition for Writ of Habeas Corpus (doc. 1). The Court DOES NOT issue a certificate of appealability in this case. The Court certifies that an appeal of this Order would not be taken in "good faith" and therefore DENIES petitioner leave to appeal in forma pauperis.

12/19/06                                                        James Bonini, Clerk


                                                                s/Kevin Moser
                                                                Deputy Clerk